# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Patricia Pate, Employee/Claimant, Respondent,

v.

College of Charleston, Employer, and State Accident Fund, Carrier, Petitioners.

Appellate Case No. 2022-001260

———

Appeal from the Workers' Compensation Commission

———

Memorandum Opinion No. 2024-MO-013
Heard May 1, 2024 – Filed May 29, 2024

———

## DISMISSED AS IMPROVIDENTLY GRANTED

———

Kirsten Leslie Barr, of Trask & Howell, LLC, of Mt. Pleasant, for Petitioners.

Stephen Benjamin Samuels, of Samuels Reynolds Law Firm, LLC, of Columbia; Max Capper Sparwasser, of Max Sparwasser Law Firm, LLC, of Mount Pleasant, both for Respondent.

———

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *Pate v. College of Charleston*, 437 S.C. 139, 876 S.E.2d 877 (Ct. App. 2022). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**